NOTE:  This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**MARK VENERIS,**
*Petitioner*

**v.**

**DEPARTMENT OF THE ARMY,**
*Respondent*

---

2020-1447

---

Petition for review of the Merit Systems Protection Board in No. DC-4324-19-0707-I-1.

---

## JUDGMENT

---

CHERI L. CANNON, Tully Rinckey PLLC, Washington, DC, argued for petitioner.  Also represented by MICHAEL WILSON MACOMBER, Albany, NY.

ROBERT R. KIEPURA, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent.  Also represented by JEFFREY B. CLARK, CLAUDIA BURKE, ROBERT EDWARD KIRSCHMAN, JR.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, BRYSON, and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 11, 2020          /s/ Peter R. Marksteiner
          Date                      Peter R. Marksteiner
                                    Clerk of Court